CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM BRENNAN,<br>　　Petitioner, | Civil Action No. 7:07-cv-00321 |
| v. | FINAL ORDER |
| UNITED STATES OF AMERICA,<br>　　Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

## ADJUDGED AND ORDERED

that this action, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 26th day of June, 2007.

_____
United States District Judge